THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Travis Self, Appellant,
 
 
 

v.

 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal From Marlboro County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2012-UP-192
Heard January 25, 2012  Filed March 14, 2012

AFFIRMED

 
 
 
 John Wesley Locklair, III, of Columbia, for Appellant.
 Andrew Foster McLeod, of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Travis Self
 appeals the circuit court's order granting summary judgment in favor of the
 South Carolina Department of Corrections on his gross negligence in failing to
 provide adequate medical care cause of action.  We affirm pursuant to Rule
 220(b)(1), SCACR, and the following authorities:Rule 56(c), SCRCP (finding the trial court should grant summary
 judgment "if the pleadings, depositions, answers to interrogatories, and
 admissions on file, together with the affidavits, if any, show that there is no
 genuine issue as to any material fact and that the moving party is entitled to
 a judgment as a matter of law"); J.T. Baggerly v. CSX Transp. Inc.,
 370 S.C. 362, 369, 635 S.E.2d 97, 101 (2006) ("Proximate cause requires
 proof of: (1) causation-in-fact, and (2) legal cause.").
AFFIRMED.
FEW, C.J., and THOMAS and
 KONDUROS, JJ., concur.